No. 80–1762. MANALE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–1778. TRANSCO SECURITY INC. OF OHIO ET AL. v. FREEMAN, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION. C. A. 6th Cir. Certiorari denied.

No. 80–1792. HODGES v. WEINBERGER, SECRETARY OF DEFENSE, ET AL. C. A. 3d Cir. Certiorari denied.

No. 80–1794. HARRIS v. UNITED STATES. Ct. Cl. Certiorari denied.

No. 80–1799. BARTLETT v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 80–1800. FIUMARA ET AL. v. UNITED STATES;
No. 80–1972. CLEMENTE v. UNITED STATES; and
No. 80–2098. COLUCCI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 80–1811. BENSON ET AL. v. HIGHTOWER ET AL. C. A. 9th Cir. Certiorari denied.

No. 80–1817. BRETZ v. LOUISIANA. Sup. Ct. La. Certiorari denied.

No. 80–1822. THORNBERRY v. UNITED STATES;
No. 80–2010. NOEL ET AL. v. UNITED STATES; and
No. 80–2020. SEITER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 80–1823. AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, AFL–CIO, ET AL. v. DIRECTOR, OFFICE OF PERSONNEL MANAGEMENT, ET AL. C. A. D. C. Cir. Certiorari denied.